United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50355
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

HERIBERTO VAZQUEZ-SALAZAR,
also known as Heriberto Vasquez-Salazar,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-02-CR-59-ALL
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

    The attorney appointed to represent Heriberto Vazquez-Salazar in his direct criminal appeal has filed a motion for leave to withdraw as counsel and a brief in support of that motion as is required by Anders v. California, 386 U.S. 738 (1967). Vazquez-Salazar has filed a response to counsel's motion to withdraw.

    Our independent review of the brief filed by counsel, Vazquez-Salazar's response, and the record reveals no

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

MOTION TO WITHDRAW AS COUNSEL GRANTED; APPEAL DISMISSED.